versed, and new trial ordered, costs to abide the event; on the ground that the decision was against the weight of evidence.

WEDDIGAN et ·al., Respondents, v. WHITING, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Frank A. Weddigan and another against William F. Whiting. No opinion. Motion for reargument granted, and the same set down for hearing on Monday, the 28th day of the present month.

WEDDIGAN et al., Respondents, v. WHITING, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by Frank A. Weddigan and another against William F. Whiting.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents.

WEEKS et al., Appellants, v. WINTJEN, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Count W. Weeks and Susie S. Weeks against Marx Wintjen. No opinion. Judgment affirmed, with costs.

WEIDENFELD, Appellant, v. BYRNE et al., Respondents. (Supreme Court, Appellate Division, Second Department. Oct. 12, 1906.) Action by Camille Weidenfeld against Frank P. Byrne and others, as executors of the will of John Byrne, deceased, and Thomas H. Hubbard. No opinion. Motion denied.

WEIR v. UNION RY. CO. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Winant W. Weir against the Union Railway Company. No opinion. Motion to dismiss appeal denied. Motion for leave to go to Court of Appeals granted. Settle orders on notice.

WEIZINGER v. ERIE R. CO. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Paul Weizinger against the Erie Railroad Company. No opinion. Motion denied, with $10 costs. Order. filed.

WERNER, Appellant, v. CITY OF NEW YORK, Respondent (action No. 1). (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Richard Werner against the city of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

WESTERN ELECTRIC CO., Appellant, v. FISCHEL, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by the Western Electric Company against Harry Fischel. R. T. Greene, for appellant. J. A. Seidman, for respondent. No opinion. Judgment affirmed, with costs.

In re WEST 212th STREET IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of the city of New York and West 212th Street. H. Swain, for appellant. E. G. Creamer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WESTON v. TOWNSHEND. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Fannie M. Weston against John Townshend. No opinion. Motion denied, on payment of $10 costs. Order filed.

WETTJE, Respondent, v. SILVERMAN, Appellant. (Supreme Court, Appellate Division Second Department. June 8, 1906.) Action by George Wettje, Jr., against Arthur E. Silverman.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event; on the ground that it was not shown that the defendant was in any way responsible for the falling of the brick, as the brickwork was being done by a contractor.

WHITAKER, Respondent, v. STAFFORD, Appellant. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Harry P. Whitaker against ·Jenny K. Stafford. J. L. Romer, for appellant. F. Brundage, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WHITE, Respondent, v. BOCK, Appellant. (Supreme Court, Appellate Division, Second Department, June 8, 1906.) Action by Minnie H. White against Amandus P. G. Bock. No opinion. Judgment of the Municipal Court affirmed, with costs.

WHITE v. DAVENPORT et al. (Supreme Court, Appellate Division, Second Department. October 17, 1906.) Action by Josiah J. White against William B. Davenport and others. No opinion. Motion denied, with $10 costs.

WHYTE, Respondent, v. REYNOLDS, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Andrew Whyte against William H. Reynolds and others. No opinion. Order affirmed, with $10 costs and disbursements.

WICKES, Appellant, v. HIGH GROUND DAIRY CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Simon Wickes against the High Ground Dairy Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

WIEBALK, Appellant v. HAVILAND, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Claus H. Wiebalk against Warren Haviland. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re WILCOX, Justice of the Peace. (Supreme Court, Appellate Division, Fourth Department. September 26, 1906.) In the matter of the application to remove William P. Wil-